IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

03 OCT 30 PM 1: 25

U.S. DISTRICT COURT
N.D. OF ALABAMA

MICHAEL EUGENE MILLER,  )
                        )
        Plaintiff,      )
                        )
vs.                     )        CV 03-S-2163-NE
                        )
KATRINA ANN MILLER,     )
                        )
        Defendant.      )

ENTERED

OCT 3 0 2003

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 19, 2003, recommending that this action be dismissed for lack of subject matter jurisdiction, pursuant to Rule 12(h)(3) of the *Federal Rules of Civil Procedure*. No objections have been filed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed because the court lacks subject matter jurisdiction. A Final Judgment will be entered.

DATED this **30th** day of **October**, 2003.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The plaintiff did file a response in which he requested refund of the filing fee. (Doc. #5). That request was denied by the magistrate judge on October 9, 2003.